IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-30211
_____


SHIRLEY PORTER, Individually and on behalf of others
similarly situated; JOYCE DAVIS, Individually and on behalf of
others similarly situated

                              Plaintiffs-Appellants


        v.

ACE CASH EXPRESS, INC.; ET AL
                              Defendants

ACE CASH EXPRESS INC.
                              Defendant–Appellee
_____

        Appeal from the United States District Court
            for the Eastern District of Louisiana
                        (00-CV-586-T)
_____
                    November 6, 2001

Before KING, Chief Judge, DAVIS, Circuit Judge, and VANCE[*],

District Judge.

PER CURIAM:[**]

    The judgment of the district court is affirmed for

essentially the reasons given by the district court in its Order

and Reasons entered October 26, 2000.

_____

    [*]District Judge of the Eastern District of Louisiana,
sitting by designation.


    [**]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.